BANKS v UNITED STATES OF AMERICA

Doc. 4

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DEMETRIUS BANKS,**

    **Petitioner,**

vs.                                             **CASE NO. 1:05CV68-MMP/AK**

**UNITED STATES OF AMERICA,**

    **Respondent.**

    _____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner's § 2241 petition for writ of habeas corpus in which he challenges his sentence based on *Booker*. Doc. 1. Petitioner is incarcerated at USP Pollock, Pollock, Louisiana. He has not paid the filing fee or moved for leave to proceed IFP.

Because Petitioner is incarcerated at USP Pollock, the ultimate decision regarding the merits of this petition cannot be made by this Court, as § 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated. *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir.1991). In *Rumsfeld v. Padilla*, the United States Supreme Court found that "in habeas challenges

dockets.Justia.com

to present physical confinement–'core challenges'–the default rule is that the proper respondent is the warden of the facility where the prisoner is being held...." *Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004). Furthermore, the "plain language of the habeas statute...confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Padilla*, 124 S.Ct. at 2722.

Because Petitioner is not incarcerated in this district, the Court is without jurisdiction to proceed under *Padilla*, and transfer to the appropriate forum for further proceedings is required.

In light of the foregoing, it is respectfully **RECOMMENDED** that Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Doc. 1, be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

**IN CHAMBERS** at Gainesville, Florida, this **12th** day of April, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:05cv68-mmp/ak**