IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEMETRIUS LEE BANKS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:05-cv-00068-MP-AK

UNITED STATES OF AMERICA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendations of the Magistrate Judge, recommending that the petition for writ of habeas corpus under 28 U.S.C. § 2241 be transferred to the U.S. District Court for the Western District of Louisiana. Objections to Report and Recommendation were due by May 10, 2005, but none have been filed. The Court agrees with the Magistrate Judge that this § 2241 petition must be brought in the district of incarceration. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein. The Clerk is directed to transfer this case to the Western District of Louisiana.

**DONE AND ORDERED** this  *26th*  day of July, 2005

                    *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge